In the Matter of the Application of Joseph A. Canavan, Respondent, for an Order of Peremptory Mandamus against Thomas M. Lynch, President of the Department of Taxation and Finance of the State of New York, Appellant.— Order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser and Heffernan, JJ.

Theresa Leader, Respondent, v. Morris Kaplan, Appellant.— Judgment and order reversed on the law, with costs, and complaint dismissed, with costs, on the ground that no actionable negligence is established; without prejudice, however, to the right of plaintiff to institute a new action if so advised. Hill, P. J., Rhodes, Crapser and Heffernan, JJ., concur.

William M. Corbett, Respondent, v. Marie T. Corbett, Appellant.— Order affirmed. Hill, P. J., Crapser and Heffernan, JJ., concur; Rhodes and Bliss, JJ., dissent and vote to reverse the order and to reinstate the verdict.

De Graaf Building Corporation, Respondent, v. Gus Calsolaro and Another, Appellants.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Judicial Settlement of the Account of Thomas Craig, as Executor, etc., of James S. Mawhinney, Deceased. The Board of American Missions of the United Presbyterian Church of North America, Appellant. Thomas Craig, Executor, Respondent. Clarence J. Mawhinney, Contestant, Respondent.— Decree unanimously affirmed, with costs to the respondent, contestant, against the appellant. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ. [146 Misc. 30.]

Alfred Hillner, Respondent, v. Henry Schneider and Another, Appellants. Dorothy Hillner, Respondent, v. Henry Schneider and Another, Appellants. — Judgments and orders unanimously affirmed, with costs in one action. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

The People of the State of New York, Respondent, v. Leo T. Welch, Defendant, and International Fidelity Insurance Company, Appellant. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of Mechanics and Farmers' Bank of Albany, Respondent, to Have the Liens Filed by Collin, Fox Co., Inc., Appellant, and Others, against the Moneys Applicable to the Reconstruction and Improvement of Highway 8073, Known as R. C. 2173 and Improving Highway 1910, Discharged.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser and Heffernan, JJ.

Mayme Bryant, Respondent, v. Albert Mutschler, Appellant, and George L. Northrup, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

Walter Bryant, Respondent, v. Albert Mutschler, Appellant, and George L. Northrup, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

Ella I. Northrup, Respondent, v. Albert Mutschler, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.